# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3743
_____

FLORIDA DEPARTMENT OF
HEALTH,

    Appellant,

    v.

JOSEPH REDNER, an individual,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 23, 2019

PER CURIAM.

The Department of Health appeals a judgment awarding costs to Joseph Redner as a prevailing party pursuant to § 57.041, Florida Statutes. While this costs-related appeal was pending, this court reversed the underlying merits judgment with directions to enter judgment in favor of the Department instead of Mr. Redner. *Fla. Dep't of Health v. Redner*, 44 Fla. L. Weekly D 873 (Fla. 1st DCA Apr. 3, 2019). Accordingly, we now reverse the final judgment awarding costs to Mr. Redner because he is no longer the prevailing party. *See William G. Graney, P.E. v. Caduceus Props., LLC*, 93 So. 3d 1243, 1244 (Fla. 1st DCA 2012) (reversing award of costs as a prevailing party, where the underlying final judgment had been reversed).

REVERSED and REMANDED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————

Jason Gonzalez, Rachel Nordby, and Amber Stoner Nunnally of Shutts & Bowen LLP, Tallahassee, for Appellant.

Luke Lirot of Luke Charles Lirot, P.A., Clearwater, for Appellee.